Paul E. De Fere, Respondent, v. General Electric Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Beitha F. Dunne, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Richard W. Dunne, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Edwin T. Fairbanks, an Infant, etc., by His Guardian ad Litem, Harriet A. Fairbanks, Appellant, v. The American Railway Traffic Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henry Feltman, Respondent, v. Ferdinand Ehrlich, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Henry C. Ferris, Respondent, v. William A. Bartle, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Fiss, Doerr & Carroll Horse Company, Appellant, v. Vincenzo Fanto, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. — Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frederick Greiner, as Surviving Administrator, etc., of Magdalena Greiner, Deceased, Respondent, v. William Greiner and Marie Greiner, Appellants. — Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William Grosback, Respondent, v. John George Weber, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Philip Hanley, Respondent, v. Lillian B. Friedlander, Appellant, Impleaded with Brooklyn Heights Railroad Company, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

George D. Harris and Another, Respondents, v. Brooklyn Union Coal Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sarah J. Harway, Appellant, v. Harway Improvement Company and the Brooklyn Heights Railroad Company, Respondents.— Judgment affirmed, with costs, on the authority of *Becker* v. *McCrea* (119 App. Div. 56). Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.